1  IRELL & MANELLA LLP
   Morgan Chu (SBN 70446)
2  Benjamin W. Hattenbach (SBN 186455)
   Michael D. Harbour (SBN 298185)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:  (310) 277-1010
   Facsimile:   (310) 203-7199
5  Email:  mchu@irell.com
   Email:  bhattenbach@irell.com
6  Email:  mharbour@irell.com

7  A. Matthew Ashley (SBN 198235)
   Olivia Weber (SBN 319918)
8  840 Newport Center Drive, Suite 400
   Newport Beach, California 92660-6324
9  Telephone:   (949) 760-0991
   Facsimile:    (949) 760-5200
10 Email: mashley@irell.com
   Email: oweber@irell.com

11

12 *Counsel for Defendants*
   FORTRESS INVESTMENT GROUP LLC,
   FORTRESS CREDIT CO. LLC,
13 VLSI TECHNOLOGY LLC

14                    **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN JOSE DIVISION**

17 INTEL CORP.,                          | Case No. 5:19-cv-06856-EJD

18             Plaintiff,                | **FORTRESS CREDIT CO. LLC'S
                                         | DISCLOSURE STATEMENT PURSUANT**
19      v.                               | **TO FEDERAL RULE OF CIVIL
                                         | PROCEDURE 7.1 AND CERTIFICATION**
20 FORTRESS INVESTMENT GROUP LLC,        | **OF INTERESTED ENTITIES OR
   FORTRESS CREDIT CO. LLC,  VLSI        | PERSONS PURSUANT TO CIVIL LOCAL**
21 TECHNOLOGY LLC, and          DSS      | **RULE 3-15**
   TECHNOLOGY MANAGEMENT, INC.,          |
22                                       |
              Defendants.                |
23

24

25

26

27

28

1         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fortress Credit Co. LLC

2 ("Fortress Credit") by its counsel provides the following disclosure of interested nonparties.

3 Fortress Credit is wholly owned by Drawbridge Special Opportunities Fund LP, which is privately

4 held.  No publicly held corporation owns 10% or more of Fortress Credit's stock.

5         Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed

6 persons, associations of persons, firms, partnerships, corporations (including parent corporations),

7 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

8 proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be

9 substantially affected by the outcome of this proceeding:

10       •  Drawbridge Special Opportunities Fund LP.

11

12 Dated:  November 12, 2019         Respectfully submitted,

13         IRELL & MANELLA LLP

14

15         By:  */s/A. Matthew Ashley*

16         *Counsel for Defendants*
        FORTRESS INVESTMENT GROUP LLC,

17         FORTRESS CREDIT CO. LLC,
        VLSI TECHNOLOGY LLC

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file FORTRESS CREDIT CO. LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/  Michael D. Harbour*
Michael D. Harbour