| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | Morgan Chu (SBN 70446) |
| 2 | Benjamin W. Hattenbach (SBN 186455) |
|   | Michael D. Harbour (SBN 298185) |
| 3 | 1800 Avenue of the Stars, Suite 900 |
|   | Los Angeles, California 90067-4276 |
| 4 | Telephone: (310) 277-1010 |
|   | Facsimile:  (310) 203-7199 |
| 5 | Email: mchu@irell.com |
|   | Email: bhattenbach@irell.com |
| 6 | Email: mharbour@irell.com |
| 7 | A. Matthew Ashley (SBN 198235) |
|   | Olivia Weber (SBN 319918) |
| 8 | 840 Newport Center Drive, Suite 400 |
|   | Newport Beach, California 92660-6324 |
| 9 | Telephone:   (949) 760-0991 |
|   | Facsimile:   (949) 760-5200 |
| 10 | Email: mashley@irell.com |
|   | Email: oweber@irell.com |
| 11 | |
| 12 | *Counsel for Defendants* |
|   | FORTRESS INVESTMENT GROUP LLC, |
|   | FORTRESS CREDIT CO. LLC, |
| 13 | VLSI TECHNOLOGY LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| INTEL CORP., | Case No. 5:19-cv-06856-EJD |
| Plaintiff, | **VLSI TECHNOLOGY LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, FORTRESS CREDIT CO. LLC, VLSI TECHNOLOGY LLC, and DSS TECHNOLOGY MANAGEMENT, INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant VLSI Technology LLC ("VLSI") by its counsel provides the following disclosure of interested nonparties. VLSI is a subsidiary of CF VLSI Holdings LLC, a privately held company. No publicly held corporation owns 10% or more of VLSI's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- CF VLSI Holdings LLC
- Michael Stolarski
- NXP B.V.

Dated:  November 12, 2019 _____

Respectfully submitted,

IRELL & MANELLA LLP


By: \_\_\_*/s/A. Matthew Ashley*_____
*Counsel for Defendants*
FORTRESS INVESTMENT GROUP LLC,
FORTRESS CREDIT CO. LLC,
VLSI TECHNOLOGY LLC

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file VLSI TECHNOLOGY LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/  Michael D. Harbour*
Michael D. Harbour