WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Fax: (650) 858-6100

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Leon B. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
  HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiff*
*Intel Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC,<br>FORTRESS CREDIT CO. LLC,<br>VLSI TECHNOLOGY LLC, and<br>DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>             Defendants. | Case No. 5:19-cv-06856-EJD<br><br>**PROOF OF SERVICE** |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Intel Corporation<br><br>*Plaintiff(s)*<br>v.<br>Fortress Investment Group LLC,<br>Fortress Credit Co. LLC,<br>VLSI Technology LLC, and<br>DSS Technology Management, Inc.<br>*Defendant(s)* | Civil Action No. C 19-6856 JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fortress Investment Group LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801
(308) 658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark D. Selwyn
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  10/24/2019

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>MARK D. SELWYN (SBN 244180)<br>950 PAGE MILL ROAD<br>PALO ALTO, CA 94304<br>Telephone No:  650.858.6000<br>Attorney For:  Plaintiff       Ref. No. or File No.: | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITD STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: INTEL CORPORATION
Defendant: FORTRESS INVESTMENT GROUP LLC; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:19-CV-06856 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15; ECF REGISTRATION INFORMATION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY

3. a. Party served:     FORTRESS INVESTMENT GROUP LLC
   b. Person served:  AMY MCLAREN, CORPORATION TRUST CENTER, REGISTERED AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1209 ORANGE STREET, WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 25 2019 (2) at: 01:40 PM

6. **Person Who Served Papers:**
   a. KENDRA WATSON ()
   b. **FIRST LEGAL**
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee for Service was:*

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

10/31/2019         *Kendra L. Watson*
(Date)                      (Signature)



PROOF OF SERVICE

3924088
(9077957)