UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. 17-cv-05671-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED**<br><br>[Re: ECF 266] |

The Court has considered Plaintiff's administrative motion to consider whether *Intel Corporation v. Fortress Investment Group LLC et al*, Case No. 5:19-cv-06856-EJD (an antitrust action) is related to the above-captioned action (a patent infringement action). ECF 266.

The Court concludes that the cases are NOT related and therefore DENIES Plaintiff's administrative motion.

**IT IS SO ORDERED.**

Dated: November 13, 2019

_____
BETH LABSON FREEMAN
United States District Judge