WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Pal Alto, CA  94304
Telephone: (650) 858-6000
Fax: (650) 585-6100

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Leon G. Greenfield (*pro hac vice*)
leon.greenfield@wilmerhale.com
Amanda L. Major (*pro hac vice*)
amanda. major@wilmerhale.com
1875 Washington Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363

WILMER CUTLER PICKERING
 HALE AND DORR LLP
William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Timothy D. Syrett (*pro hac vice*)
timothy.syrett@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for Plaintiff*
*Intel Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| INTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FORTRESS INVESTMENT GROUP LLC,<br>FORTRESS CREDIT CO. LLC<br>VLSI TECHNOLOGY LLC, and<br>DSS TECHNOLOGY MANAGEMENT, INC.,<br><br>Defendants. | Case No. 5:19-cv-06856-EJD<br><br>**NOTICE OF INTEL CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

On November 20, 2019, pursuant to Civil Local Rules 3-3(c) and 3-12, Plaintiff Intel Corporation ("Intel") filed an administrative motion to consider whether the above-captioned action should be related to *Intel Corporation et al v. Fortress Investment Group LLC et al*, No. 3:19-cv-07651-LB (N.D. Cal) ("-7651 Action"), filed on November 20, 2019.

1  Attached hereto as **Exhibit A** is a true and correct copy of Intel's Administrative Motion
2  To Consider Whether Cases Should Be Related filed in the -7651 Action.
3
4  Dated: November 21, 2019                                Respectfully submitted,
5
6
                                                           By: /s/ Mark D. Selwyn
7                                                              Mark D. Selwyn (SBN 244180)
                                                               mark.selwyn@wilmerhale.com
8                                                              WILMER CUTLER PICKERING
                                                                 HALE AND DORR LLP
9                                                              950 Page Mill Road
                                                               Pal Alto, CA  94304
10                                                             Telephone: (650) 858-6000
                                                               Fax: (650) 585-6100
11
                                                               William F. Lee (*pro hac vice*)
12                                                             william.lee@wilmerhale.com
                                                               WILMER CUTLER PICKERING
13                                                               HALE AND DORR LLP
                                                               Joseph J. Mueller (*pro hac vice*)
14                                                             joseph.mueller@wilmerhale.com
                                                               Timothy D. Syrett (*pro hac vice*)
15                                                             timothy.syrett@wilmerhale.com
                                                               60 State Street
16                                                             Boston, MA 02109
                                                               Telephone: (617) 526-6000
17                                                             Fax: (617) 526-5000

18                                                             WILMER CUTLER PICKERING
                                                                 HALE AND DORR LLP
19                                                             Leon G. Greenfield (*pro hac vice*)
                                                               leon.greenfield@wilmerhale.com
20                                                             Amanda L. Major (*pro hac vice*)
                                                               amanda.major@wilmerhale.com
21                                                             1875 Washington Avenue NW
                                                               Washington, DC 20006
22                                                             Telephone: (202) 663-6000
                                                               Fax: (202) 663-6363
23
                                                               *Attorneys for Plaintiff*
24                                                             INTEL CORPORATION
25
26
27
28

| Case No. 5:19-cv-06856-EJD | 2 | NOTICE OF INTEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document entitled Notice of Intel's Administrative Motion To Consider Whether Cases Should Be Related to be filed via the court's CM/ECF system, which shall send notice to the counsel of record for the parties.

Dated: November 21, 2019                Respectfully submitted,


                                        By: /s/ Mark D. Selwyn_____
                                            Mark D. Selwyn